**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: PENSION FUND OF CEMENT MASONS UNION

Case Number: 26-cv-07471

An appearance is hereby filed by the undersigned as attorney for:

PENSION FUND OF CEMENT MASONS UNION LOCAL NO. 502, et al.

Attorney name (type or print): Ricardo Alvarez

Firm: JOHNSON & KROL, LLC

Street address: 141 W. Jackson Boulevard, Suite 2055

City/State/Zip: Chicago, Illinois 60604

Bar ID Number: 6352617
(See item 3 in instructions)

Telephone Number: (312) 788-2917

Email Address: alvarez@johnsonkrol.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☑ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 9, 2026

Attorney signature: S/ Ricardo Alvarez
(Use electronic signature if the appearance form is filed electronically.)